UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 29  P 1: 44

| | |
|---|---|
| JEFFREY P.L. TIBBETTS, | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV01763 (CFD) |
| vs. | |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL., | |
| Defendants. | OCTOBER 29, 2003 |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
TO HOLD THE MOTION TO DISMISS IN ABEYANCE**

Defendant Yale University (a/k/a the corporate entity of the President and Fellows of Yale College, including Yale Corporation) ("Yale") opposes plaintiff's motion to hold the pending motion to dismiss in abeyance. Plaintiff asks this Court to refrain from acting on the motion to dismiss until his appeal in another case, *Tibbetts v. Dittes*, is resolved. That request is patently without merit and should be denied for the following reasons:

1.  Plaintiff has no appeal pending in the case of *Tibbetts v. Dittes*. The appeal was dismissed on September 16, 2003 (see attached order). The Second Circuit's docket sheet printed out today, October 29, 2003 (see attached copy), shows that the mandate of dismissal has issued and the record has been returned to the District Court.

2.  Plaintiff asks to hold the motion to dismiss in abeyance not only until the Second Circuit resolves the appeal, but also until the time to petition the U.S. Supreme Court for a writ of certioriari has expired. There is no basis, however, for any further delay in resolving the

**ORAL ARGUMENT NOT REQUESTED**

present action. This case was commenced in September 2001. At no time has plaintiff suggested that this case be held in abeyance while his Second Circuit appeal was pending in *Tibbetts v. Dittes*—not even after the Court resolved service issues by a ruling dated March 26, 2003.[1] At no time did plaintiff raise the issue of the appeal after Yale filed its motion to dismiss under Rule 12(b)(6) on May 9, 2003. Instead, plaintiff responded only with two requests for extension of time—the first for medical reasons and the second to give him the opportunity to prepare a response to the motion. The second extension request, filed July 3, 2003, was granted five days later, giving plaintiff until July 25, 2003 to respond to the May 9 motion to dismiss. Plaintiff still said nothing about holding the motion to dismiss in abeyance.

    3.    Having acquiesced in the submission of the Rule 12(b)(6) motion to the Court for decision as of July 25, 2003, plaintiff cannot now ask for a "time out" to allow him time to petition the U.S. Supreme Court for a writ of certiorari in his now-dismissed appeal. It is plaintiff who brought this action as an "independent action" for fraud on the Court. He brought the action precisely to have the District Court address his fraud allegations notwithstanding the fact that he had appealed the judgment in *Tibbett v. Dittes*. Short of withdrawing his complaint, plaintiff cannot now properly seek to prevent adjudication of his complaint. If the complaint fails to state a claim, as Yale argues in its motion to dismiss, the Court should proceed to dismiss the complaint.

---

[1] In the Second Circuit appeal in *Tibbetts v. Dittes*, plaintiff retained attorney John T. Nugent of Southington, Conn., who filed his appearance on March 22, 2002 (see attached appearance and docket sheet). Thus, plaintiff had the benefit of counsel since March of 2002 in terms of any strategic consideration of postponing his District Court attack on the *Dittes* judgment in order to let his direct appeal play out first. But plaintiff has never sought to hold this District Court action in abeyance until now—ironically only after his appeal was dismissed on September 16, 2003.

WHEREFORE, it is respectfully requested that the Court deny the motion to hold the motion to dismiss in abeyance.

                                                DEFENDANT
                                                YALE UNIVERSITY

By: _____
William J. Doyle (ct04190)
  wdoyle@wiggin.com
Jeffrey R. Babbin (ct10859)
  jbabbin@wiggin.com
Wiggin & Dana LLP
Its Attorneys
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)

## **CERTIFICATION**

This is to certify that on this 29th day of October, 2003, a copy of the foregoing was sent by first-class mail, postage prepaid, to:

>Jeffrey L. Tibbetts
>1021 Arlington Blvd., #822
>Arlington, VA 22209

_____
Jeffrey R. Babbin

\490\171\430796.1

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
    CLERK

                                        DC Initials: DCCT/NHCT
                                        DC DKT # 95-cv-995
                                        DC Judge: COVELLO

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 16th day of September two thousand three.

Tibbetts

v.                                  Docket No. 01-7377

Dittes

      The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

           The appellant herein not having so proceeded,
           upon consideration thereof, it is
           ordered that the appeal from the order of 3/22/01
           United States District Court for the District of
           Connecticut New Haven be and it hereby is dismissed.

                                        ROSEANN B. MACKECHNIE, Clerk

                                        By: *Tammy Martinez*
                                        Tammy Martinez
                                        Deputy Clerk, USCA



Home | PACER                     Help

# General Docket
## US Court of Appeals for the Second Circuit

```
                                                  INDIV   PROSE
                                                  SUBMTD  CLOSED
                                                  PNL        2

Court of Appeals Docket #: 01-7377                Filed: 4/5/01
Nsuit: 4190   CONTRACT-Other Contract Action
Tibbetts v. Dittes, et al
Appeal from: U.S. District Court    CTDC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) Civil
    2) Private
    3) none
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0205-03: 95-cv-995
    Trial Judge: Alfred V. Covello
    Date Filed: 5/30/95
    Date order/judgment: 3/22/01
    Date NOA filed: 3/30/01
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Docket as of October 28, 2003  1:31 am              Page 1

                                                  INDIV   PROSE
                                                  SUBMTD  CLOSED
                                                  PNL        2
```

---

```
01-7377   Tibbetts v. Dittes, et al

JEFFREY L. TIBBETTS, M. Div.      Jeffrey L. Tibbetts, Esq.
    Plaintiff - Appellant         703-522-0321
                                  1021 Arlington Blvd.
                                  Arlington, VA 22209

- - - - - - - - - - - - - - - - -
```

DWAYNE E. HUEBNER, Professor
of Christian Education, I/O
    Defendant

JAMES H. GARRETT, Admissioners
Director, Official Capacity
    Defendant

HARRY ADAMS, Former
Professional Studies Committee
Chairman, Official Capacity
    Defendant

THOMAS W. OGLETREE, Dean,    Jeffrey Richard Babbin, Esq.
Official Capacity    203-498-4366
    Defendant - Appellee    [COR LD NTC ret]
    Wiggin & Dana
    1 Century Tower
    P.O. Box 1832
    New Haven, CT 06508-1832

YALE DIVINITY SCHOOL    Jeffrey Richard Babbin, Esq.
    Defendant - Appellee    (See above)
    [COR LD NTC ret]

YALE CORP    Jeffrey Richard Babbin, Esq.
    Defendant - Appellee    (See above)
    [COR LD NTC ret]

JAMES DITTES, Professor of    Jeffrey Richard Babbin, Esq.
Pastoral Theology & Psychology    (See above)
I/O    [COR LD NTC ret]
    Defendant - Appellee

DETRA MACDOUGAL, YDS, Registar,    Jeffrey Richard Babbin, Esq.
Official Capacity    (See above)
    Defendant - Appellee    [COR LD NTC ret]

PENELOPE LAURENS, Director of    Jeffrey Richard Babbin, Esq.
Yale Summer School, Official    (See above)
Capacity    [COR LD NTC ret]
    Defendant - Appellee

Docket as of October 28, 2003 1:31 am    Page 2

```
                                        INDIV  PROSE
                                        SUBMTD CLOSED
                                        PNL         2
```

---

01-7377   Tibbetts v. Dittes, et al

Official Caption 1/
------------------
Docket No. [s] :  01-7377

JEFFREY L. TIBBETTS, M. Div.,

```
                Plaintiff - Appellant,

v.

DWAYNE E. HUEBNER, Professor of Christian Education, I/O,
JAMES H. GARRETT, Admissioners Director, Official Capacity,
HARRY ADAMS, Former Professional Studies Committee
Chairman, Official Capacity,

                Defendants,

JAMES DITTES, Professor of Pastoral Theology & Psychology,
I/O, YALE DIVINITY SCHOOL, YALE CORP, THOMAS W. OGLETREE,
Dean, Official Capacity, PENELOPE LAURENS, Director of Yale
Summer School, Official Capacity, DETRA MACDOUGALL, YDS,
Registrar, Official Capacity,

                Defendants - Appellees.

-------------------

Authorized Abbreviated Caption 2/
-------------------
Docket No. [s] :  01-7377
TIBBETTS v. DITTES
-------------------


-------------------------------------------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.

Docket as of October 28, 2003 1:31 am           Page 3

                                        INDIV   PROSE
                                        SUBMTD  CLOSED
                                        PNL        2
```

---

```
01-7377   Tibbetts v. Dittes, et al

4/5/01          Copy of notice of appeal and district court docket entries
                on behalf of Appellant Jeffrey L. Tibbetts filed. [01-7377]
                (ps33)

4/5/01          Note: This appeal was PRO SE when filed. (ps33)

4/5/01          Copy of receipt re: payment of docketing fee filed on
                behalf of Appellant Jeffrey L. Tibbetts receipt #: H2888.
                (As indicated on district court docket sheet) [01-7377]
                (ps33)

4/5/01          Copy of district court Memo Endorsed Order, dated 3/22/01,
                endorsed by Hon. Alfred V. Covello, United States Chief
                Judge, FILED. (ps33)

4/5/01          Copy of district court Judgment, dated 3/29/01, endorsed by
                the Deputy Clerk of Court, FILED. (ps33)
```

| Date | Entry |
|---|---|
| 5/7/01 | Scheduling order #1 filed. Record on appeal due on 5/17/01. Appellant's brief and appendix due on 6/7/01. Appellee's brief due on 7/9/01. Argument as early as of 8/21/01. (ps35) |
| 5/7/01 | Notice to counsel and Pro Se Re: Scheduling Order # 1 dated 5/7/01. (ps35) |
| 5/9/01 | Record on appeal filed. (Original papers of district court.) Number of volumes: 5 (ps35) |
| 5/10/01 | Notice of appeal acknowledgment letter from William J. Doyle for Appellee Detra Macdougall, Appellee Penelope Laurens, Appellee Thomas W. Ogletree, Appellee Yale Corp, Appellee Yale Divinity School, Appellee James Dittes received. (ps35) |
| 5/14/01 | Record on appeal received in records room from team. 5vols (reo) |
| 5/30/01 | Appellee Thomas W. Ogletree, Appellee Yale Divinity School, Appellee Yale Corp, Appellee Detra Macdougal, Appellee Penelope Laurens motion to dismiss the appeal FILED (w/pfs). [1864657-1] (ps30) |
| 6/5/01 | Appellant Jeffrey L. Tibbetts motion to extend time to perfect record FILED (w/pfs). [1866993-1] (ps35) |
| 6/15/01 | Appellant Jeffrey L. Tibbetts motion for stay under family and medical leave act FILED (w/pfs). [1875590-1] (ps30) |
| 6/25/01 | Appellee Thomas W. Ogletree, Appellee Yale Divinity School, Appellee Yale Corp, Appellee James Dittes, Appellee Detra Macdougal, Appellee Penelope Laurens affidavit in opposition to motion for stay [1875590-1] filed (w/pfs). (ps30) |

Docket as of October 28, 2003 1:31 am     Page 4

```
INDIV   PROSE
SUBMTD  CLOSED
PNL        2
```

---

01-7377    Tibbetts v. Dittes, et al

| Date | Entry |
|---|---|
| 7/9/01 | Order FILED GRANTING motion for extended time [1866993-1] by Appellant Jeffrey L. Tibbetts, to the following extent: the briefing schedule is suspended until the motion to dismiss is decided. Order endorsed on motion form dated 6/5/01. (mz) (ps30) |
| 7/9/01 | Order FILED GRANTING motion for stay under familiy and medical leave act [1875590-1] by Appellant Jeffrey L. Tibbetts. Appellant's opposition to the motion to dismiss must be filed by July 10, 2001. A new scheduling order will be entered after the motion to dismiss is decided. Order, endorsed on motion form 6/15/01. (mz) (ps30) |

| Date | Entry |
|---|---|
| 7/9/01 | Notice to counsel (order dated 7-9-01) (ps30) |
| 7/13/01 | Appellant Jeffrey L. Tibbetts motion for assignment of counsel pro bono FILED (w/pfs). [1892705-1] (ps30) |
| 7/23/01 | Appellee Thomas W. Ogletree, Appellee Yale Divinity School, Appellee Yale Corp, Appellee James Dittes, Appellee Detra Macdougal, Appellee Penelope Laurens affidavit in opposition to motion for assignment of counsel pro bono [1892705-1] filed (w/pfs). (ps35) |
| 7/24/01 | Appellant Jeffrey L. Tibbetts motion to clarify the Court's Order, dated 7/9/01, FILED (w/pfs). [1898916-1] (ps35) |
| 7/27/01 | Appellant Jeffrey L. Tibbetts defective Reply to Opposition filed. Notice sent to party to correct by 8/9/01. (ps35) |
| 7/27/01 | Appellant Jeffrey L. Tibbetts papers supporting motion # [1892705-1] by Appellant Jeffrey L. Tibbetts received. Problem: No proof of service and Mr. Tibbets says the document is deficient and that he will submit new paperwork. (ps35) |
| 8/7/01 | Appellant Jeffrey L. Tibbetts papers supporting motion # [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |
| 8/7/01 | Appellant Jeffrey L. Tibbetts defective motion support papers cured. Satisfy defective document response due. (ps35) |
| 10/5/01 | Appellant Jeffrey L. Tibbetts papers supporting motion # [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |
| 10/15/01 | Appellant Jeffrey L. Tibbetts papers supporting motion for appointment of counsel # [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |
| 10/19/01 | Appellant Jeffrey L. Tibbetts papers supporting motion # [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |
| 11/13/01 | Appellant Jeffrey L. Tibbetts motion for protective order of records FILED (w/pfs). [1964940-1] (ps35) |

Docket as of October 28, 2003 1:31 am                Page 5

```
                                           INDIV   PROSE
                                           SUBMTD  CLOSED
                                           PNL        2
```

---

01-7377    Tibbetts v. Dittes, et al

| Date | Entry |
|---|---|
| 11/26/01 | Appellee James Dittes, Appellee Thomas W. Ogletree, Appellee Penelope Laurens, Appellee Detra Macdougal, Appellee Yale Divinity School, Appellee Yale Corp affidavit in opposition to motion to allow protective order [1964940-1] filed (w/pfs). (ps35) |
| 11/29/01 | Appellee James Dittes, Appellee Thomas W. Ogletree, |

| | |
|---|---|
| | Appellee Penelope Laurens, Appellee Detra Macdougal, Appellee Yale Corp, Appellee Yale Divinity School affidavit in opposition to motion for assignment of counsel pro bono [1892705-1] filed (w/pfs). (ps35) |
| 11/30/01 | Appellant Jeffrey L. Tibbetts motion to allow notice of default FILED (w/pfs). [1974421-1] (ps35) |
| 12/4/01 | Appellant Jeffrey L. Tibbetts papers supporting motion for a protective order to seal his records # [1964940-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |
| 12/4/01 | Appellant Jeffrey L. Tibbetts motion to impose sanctions FILED (w/pfs). [1976614-1] (ps35) |
| 12/7/01 | Order FILED DENYING motion for protective order of records [1964940-1] without prejudice to renewal before the panel assigned to hear the merits of the case by Appellant Jeffrey L. Tibbetts, endorsed on motion dated 11/13/01. (FIP, endorsed by A. Heller, Adm. Atty.) (ps35) |
| 12/10/01 | Notice to counsel and pro se re: Order dated 12/7/01 denying motion for protective order of records without prejudice to renewal before the panel assigned to hear the merits of the case. (ps35) |
| 12/18/01 | Appellant Jeffrey L. Tibbetts papers supporting motion for appointment of counsel # [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |
| 12/26/01 | Appellant Jeffrey L. Tibbetts papers (Affidavit refuting Appellee Yale's claims of discovery in the trial court) supporting motion for assignment of counsel [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps33) |
| 1/2/02 | Appellant Jeffrey L. Tibbetts papers supporting motion for appointment of counsel # [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |
| 1/15/02 | Appellee Thomas W. Ogletree, Appellee Yale Divinity School, Appellee Yale Corp, Appellee James Dittes, Appellee Detra Macdougal, Appellee Penelope Laurens affidavit in opposition to motion to impose sanctions [1976614-1] filed (w/pfs). (ps35) |

Docket as of October 28, 2003 1:31 am                Page 6

```
                                        INDIV   PROSE
                                        SUBMTD  CLOSED
                                        PNL        2
```

---

01-7377   Tibbetts v. Dittes, et al

| | |
|---|---|
| 1/30/02 | Appellant Jeffrey L. Tibbetts papers supporting motion for assignment of counsel # [1892705-1] by Appellant Jeffrey L. Tibbetts filed. (ps35) |

| Date | Entry |
|---|---|
| 2/13/02 | Appellees move to dismiss the appeal as untimely. Appellant, pro se, moves for the assignment of counsel and for sanctions. Upon due consideration, it is ORDERED that the motion to dismiss the appeal is denied. While the court's jurisdiction over an appeal from the final judgment, the notice of appeal was timely with respect to the district court's March 21, 2000 order granting reconsideration and denying appellant's Fed R. Civ. P.59(e) motion. It is further ORDERED that the appellant's motions for assignment of counsel and for sanctions are denied. Appellant's brief is due by March 18, 2002. Appellees' brief is due by April 17, 2002. The argument of the appeal shall be scheduled no earlier than the week of June 3, 2002. (PNL, SHS) (ps35) |
| 2/13/02 | Scheduling order #2 filed. Appellant's brief and appendix due on 3/18/02. Appellee's brief due on 4/17/02. Argument as early as week of 6/3/02. (ps35) |
| 2/14/02 | Notice to counsel and pro se re: Order dated 2/13/02 denying motions for dismissal, appointment of counsel and sanctions, and issuance of Scheduling Order #2. (ps35) |
| 3/18/02 | Appellant Jeffrey L. Tibbetts motion to extend time for appearance of counsel FILED (w/pfs). [2042768-1] (ps35) |
| 3/22/02 | Order FILED GRANTING motion for extended time for appearance of counsel [2042768-1] by Appellant Jeffrey L. Tibbetts, endorsed on motion form dated 3/18/02. Extended appellant's brief due date is 3/25/02. (endorsed by CM, Supv. Staff Atty.) (ps35) |
| 3/22/02 | Notice to counsel and pro se re: Order dated 3/22/02 granting motion for extension of time for appearance of counsel until 3/25/02. (ps35) |
| 3/22/02 | Notice of appearance form on behalf of John T. Nugent, Esq., filed. (Orig in acco, copy to Calendar) (ps35) |
| 3/29/02 | Pro se party is assigned an attorney. (ps35) |
| 3/29/02 | Docketing letter and acknowledgment letter sent to Appellant Jeffrey Tibbets's counsel. (ps35) |
| 4/2/02 | How to Appeal your civil case package forwarded to Appellant's Attorney. (cv76) |

Docket as of October 28, 2003 1:31 am                Page 7

```
                                              INDIV   PROSE
                                              SUBMTD  CLOSED
                                              PNL        2
```

---

01-7377    Tibbetts v. Dittes, et al

| | |
|---|---|
| 6/13/03 | Appellees Thomas W. Ogletree, Yale Divinity School, Yale Corp, James Dittes, Detra Macdougal and Penelope Laurens |

|  |  |
|---|---|
|  | motion to dismiss the appeal for failure to prosecute, FILED (w/pfs). [2359642-1] (cv76) |
| 6/18/03 | Appellant Jeffrey L. Tibbetts response in opposition to appellees motion to dismiss the appeal [2359642-1] filed (w/pfs). (cv76) |
| 9/16/03 | Order dismissing the appeal for failure to file Forms C and D pursuant to CAMP filed. (cv76) |
| 9/16/03 | Certified copy of order dated 9/16/03 disposing of the appeal issued to district court. (cv76) |
| 9/16/03 | Notice to counsel re: Default Order filed on 9/16/03. (cv76) |
| 9/17/03 | Acco received in records room from team. (4 volumes). (red) |
| 9/17/03 | Order FILED MOOTING motion to dismiss the appeal, in light of the C and D Default entered by the Court sua sponte on 9/16/03 for failure to file froms C and D with the Court [2359642-1] by Appellee Thomas W. Ogletree, Yale Divinity School, Yale Corp, James Dittes, Detra Macdougal, Penelope Laurens, on motion dated 6/13/03. (FS) (cv76) |
| 9/23/03 | Notice to counsel re: Motion order filed on 9/17/03. (cv76) |
| 9/26/03 | Mandate receipt returned from the district court. (ret) |
| 10/16/03 | Letter dated 10/16/03, endorsed by Jeffrey Tibbetts, received. RE: to remove counsel John T. Nugent, Esq. (cv76) |
| 10/16/03 | Note: This appeal is now PRO SE. (cv76) |
| 10/27/03 | Record on appeal RETURNED to lower court. No. of volumes: 5 (ref) |

Docket as of October 28, 2003 1:31 am　　　　　　　Page 8

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/29/2003 09:20:03 ||||
| PACER Login: |  | Client Code: | 10372/6 |
| Description: | dkt report | Case Number: | 01-7377 |
| Billable Pages: | 8 | Cost: | 0.56 |

UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE SECOND CIRCUIT

TIBBETTS v. DITTES                  : NO: 01-7377

                                                              : MARCH 22, 2002

**NOTICE OF APPEARANCE**

    Please enter the appearance of John T. Nugent, as attorney for the Appellant, Jeffrey Tibbetts, in the above-entitled appeal.

                                                    JOHN T. NUGENT, ESQ.
ATTORNEY FOR PLAINTIFF-APPELLANT
Law Offices of John T. Nugent
97 North Main Street
Southington, CT  06489
Tel. (860) 621-1550
Fax. (860) 621-0162
Federal Bar No. ct00236

UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE SECOND CIRCUIT

TIBBETTS v. DITTES : NO: 01-7377

: MARCH 22, 2002

### CERTIFICATE OF SERVICE

I, John T. Nugent, Esq., attorney for the Plaintiff-Appellant, JEFFREY L. TIBBETTS, certify that I served a copy of the foregoing Appearance of Counsel on the Defendants-Appellees, JAMES DITTES, THOMAS OGLETREE, PENELOPE LAURENS, DETRA MacDOUGALL and YALE UNIVERSITY (YALE CORPORATION and YALE DIVINITY SCHOOL), on March 22, 2002, by mailing a copy to their Counsel of Record, as follows:

Jeffrey R. Babbin
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

JOHN T. NUGENT, ESQ.
ATTORNEY FOR PLAINTIFF-APPELLANT
Law Offices of John T. Nugent
97 North Main Street
Southington, CT 06489
Tel. (860) 621-1550
Fax. (860) 621-0162
Federal Bar No. ct00236

2