UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY P.L. TIBBETTS, | CIVIL ACTION NO. 3:01CV01763 (CFD) |
| Plaintiff, | |
| vs. | |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL., | |
| Defendants. | |
| | JANUARY 7, 2004 |

**DEFENDANT'S NOTICE OF NEW EVENT
PERTINENT TO PLAINTIFF'S MOTION
TO HOLD THE MOTION TO DISMISS IN ABEYANCE**

Defendant Yale University (a/k/a the corporate entity of the President and Fellows of Yale College, including Yale Corporation) ("Yale") gives notice to the Court of a new event pertinent to plaintiff's motion to hold the pending motion to dismiss in abeyance. In that motion, filed on October 8, 2003, plaintiff asked the Court to refrain from acting on the motion to dismiss until his appeal in another case, *Tibbetts v. Dittes*, is resolved by the Second Circuit. Yale filed its opposition to that request on October 29, 2003.

Previously, on November 10, 2003, Yale notified the Court that plaintiff's appeal in the case of *Tibbetts v. Dittes* was dismissed on September 16, 2003, and that plaintiff moved to reinstate the appeal on October 16, 2003.

Yale now notifies the Court that the Second Circuit **denied** plaintiff's motion to reinstate the appeal on December 8, 2003. A copy of that order is attached.

Thus, because the Second Circuit appeal is no longer pending, plaintiff's motion to hold this matter in abeyance pending the disposition of the appeal is now moot. Yale respectfully asks the Court to proceed to decide the motion to dismiss the complaint under Rule 12(b)(6).

          Respectfully submitted,

          DEFENDANT
          YALE UNIVERSITY

By: _____
      William J. Doyle (ct04190)
        wdoyle@wiggin.com
      Jeffrey R. Babbin (ct10859)
        jbabbin@wiggin.com
      Wiggin & Dana LLP
      Its Attorneys
      One Century Tower
      P.O. Box 1832
      New Haven, CT 06508-1832
      (203) 498-4400
      (203) 782-2889 (fax)

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, a copy of the foregoing was sent by first-class mail, postage prepaid, to:

Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA  22209

_____
Jeffrey R. Babbin

\490\171\442544.1

3

T-1080

DCCT/NHCT
95cv995
Covello

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

Each motion must be accompanied by a supporting affidavit with statement of issues (Local Rule 27(a)). Include brief statement of facts with page references to the moving papers.

**Docket Number:** 01-7377

**TIBBETTS V. DITTES**

INFORMATION FORM

Use short title

*FILED OCT 1 6 2003 — Roseann B. Mackechnie, Clerk, Second Circuit*

**MOTION** for **REINSTATEMENT OF APPEAL**

MOTION BY: (Name, address and tel. no. of law firm and of attorney in charge of case)

OPPOSING COUNSEL: (Name, address and tel. no. of law firm and attorney in charge of case)
Jeffrey Babbin
Wiggin & Dana
P.O. Box 1832
New Haven, CT 06508

Has consent of opposing counsel:
A. been sought?  Yes  No
B. been obtained?  Yes  No

Has service been effected?  Yes  No
Is oral argument desired?  Yes  No
(Substantive motions only)

Requested return date: _____
(See Second Circuit Rule 27(b).)
Has argument date of appeal been set:
A. by scheduling order?  Yes  No
B. by firm date/argument notice?  Yes  No
C. If yes, enter date: _____

**EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?  Yes  No
(See F.R.A.P. Rule 8.)

Any previous request for similar relief made to the 2nd Circuit?  Yes  No

Would expedited appeal eliminate need for this motion?  Yes  No
If no, explain why not:

Will the parties agree to maintain the status quo until the motion is heard?  Yes  No

Judge or agency whose order is being appealed: Alfred V. Covello, USDJ (Conn.)

Brief statement of the relief requested:

By: (Signature of Attorney) *[signed: Jeffrey L. Tibbetts]*
Signed name must be printed beneath.

JEFFREY L. TIBBETTS, PRO SE

Date: OCTOBER 15, 2003

Appearing for: (Name of Party)

Appellant or Petitioner:  **(Plaintiff)**  Defendant
Appellee or Respondent:  Plaintiff  Defendant

## ORDER

Before: Hon. Reena Raggi, *Circuit Judge*

IT IS HEREBY ORDERED that the motion be and it hereby is DENIED.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by *[signed]* Laura Bass Penn, Motions Staff Attorney

12/8/03 Date

*FILED DEC 8 – 2003*