UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR 24  A 11: 00

| | |
|---|---|
| JEFFREY P.L. TIBBETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:01CV01763 (CFD)<br><br><br><br><br><br><br><br>MARCH 24, 2004 |

### PLAINTIFF'S JOINT NOTICE FOR MEDICAL STAY

Plaintiff respectfully moves for a three-week medical stay in the above-captioned action, up to and including April 15, 2004. On March 18 and 19, 2004, plaintiff was admitted to the George Washington Hospital for cardiac complications. During the next three weeks, plaintiff will continue medication and testing from treating physicians, Horacio Shapiro and Bernard Molloy. Defendant Yale has consented to a medical stay up to and including April 15, 2004.

                                                                Respectfully submitted,

                                                                 Jeffrey L. Tibbetts
                                                                 1021 Arlington Blvd, #1021
                                                                 Arlington, VA  22209
                                                                 (202) 383-5276

## CERTIFICATE OF SERVICE

I certify that on 24th day of March 2004, a true and correct copy of the foregoing was sent by First Class Mail, postage prepaid, to defendant's counsel of record:

Jeffrey R. Babbin
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

_[signature]_