UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR 19 P 12: 04

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JEFFREY P.L. TIBBETTS, | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV01763 (CFD) |
| vs. | |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL., | |
| Defendants. | APRIL 16, 2004 |

### PLAINTIFF'S JOINT NOTICE TO EXTEND MEDICAL STAY

Plaintiff respectfully moves to extend the medical stay in the above-captioned case for 14 days, up to and including April 30, 2004.   On March 18 and 19, 2004, plaintiff was hospitalized for cardiac complications at the George Washington Univ. Hospital in Washington, D.C. Thereafter plaintiff has received testing and medication from treating physicians, Horacio Shapiro and Bernard Molloy.   Plaintiff requires an additional two weeks for the present medications to be stabilized.

Defendant Yale consents to the medical stay up to and including April 30, 2004.

Respectfully submitted,

Jeffrey L. Tibbetts
1021 Arlington Blvd, #1021
Arlington, VA 22209
(202) 383-5276

## CERTIFICATE OF SERVICE

I certify that on 19th day of April, 2004, a true and correct copy of the foregoing was sent by First Class Mail, postage prepaid, to defendant's counsel of record:

Jeffrey R. Babbin
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832