UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR 24 A 11:00

| | |
|---|---|
| JEFFREY P.L. TIBBETTS, | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV01763 (CFD) |
| vs. | |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL., | |
| Defendants. | MARCH 24, 2004 |

**GRANTED, absent objection**
**It is so ordered**
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/23/04

**PLAINTIFF'S JOINT NOTICE FOR MEDICAL STAY**

Plaintiff respectfully moves for a three-week medical stay in the above-captioned action, up to and including April 15, 2004. On March 18 and 19, 2004, plaintiff was admitted to the George Washington Hospital for cardiac complications. During the next three weeks, plaintiff will continue medication and testing from treating physicians, Horacio Shapiro and Bernard Molloy. Defendant Yale has consented to a medical stay up to and including April 15, 2004.

Respectfully submitted,

Jeffrey L. Tibbetts
1021 Arlington Blvd, #1021
Arlington, VA 22209
(202) 383-5276