UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY P.L. TIBBETTS, | CIVIL ACTION NO. 3:01CV01763 (CFD) |
| Plaintiff, | |
| vs. | |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL., | |
| Defendants. | MAY 19, 2004 |

## DEFENDANT'S MOTION FOR CONTINUANCE

Defendant Yale University (a/k/a the corporate entity of the President and Fellows of Yale College, including Yale Corporation) ("Yale") moves for a continuance of the oral argument on all pending motions in this action. The court has calendared argument for June 3, 2004, at 2:00 p.m. Unfortunately, the undersigned counsel who will be arguing for defendant has a previously scheduled appellate oral argument before the Connecticut Appellate Court on that same date at the same time of day. Because an appellate argument date, once it appears on the printed calendar, cannot ordinarily be moved, it is respectfully requested that the argument in these cases be rescheduled for a date after June 3, on a day and time convenient to the Court when all counsel and *pro se* parties can be present.

For the month following June 3, counsel for defendants has matters already scheduled for (and is therefore unavailable on) June 4, June 11, June 16, and June 18. The plaintiff, who has a *pro se* appearance in this action, has informed the undersigned counsel that he is unavailable for oral argument during the period of June 7 through June 21. Thus, it appears that

ORAL ARGUMENT NOT REQUESTED

all counsel and *pro se* parties could attend a rescheduled argument on the following dates: June 22 through July 2.

WHEREFORE, it is respectfully submitted that this motion should be granted, with the Court rescheduling the oral argument on all pending motions.

                        DEFENDANT
                        YALE UNIVERSITY

By: _____
     William J. Doyle (ct04190)
       wdoyle@wiggin.com
     Jeffrey R. Babbin (ct10859)
       jbabbin@wiggin.com
     Wiggin and Dana LLP
     Its Attorneys
     One Century Tower
     P.O. Box 1832
     New Haven, CT 06508-1832
     (203) 498-4400
     (203) 782-2889 (fax)

## CERTIFICATION

This is to certify that on this 19th day of May, 2004, a copy of the foregoing was mailed, postage prepaid, to:

Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA 22209

_____
Jeffrey R. Babbin

\490\171\467350.1