CT/cvmhrg (October 17, 2001)

HONORABLE **Droney**
DEPUTY CLERK **Devo**  RPTR/ERO/TAPE **Marshall**

TOTAL TIME: ___ hours **40** minutes

DATE **6-28-04**    START TIME **2:10**    END TIME **2:50**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Tibbetts**
vs.
**President**

CIVIL NO. **01CV1763 CFD**

**Tibbetts**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Babbin**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #44 Motion **to Dismiss** — ☐ granted ☐ denied ☒ advisement
☒ #49 Motion **for Misc. Relief** — ☐ granted ☐ denied ☒ advisement
☒ #50 Motion **to withdraw** — ☐ granted ☐ denied ☒ advisement
☒ #51 Motion **for entry of default** — ☐ granted ☐ denied ☒ advisement

Oral Motion _____
Oral Motion _____
Oral Motion _____
Oral Motion _____

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

Hearing continued until _____ at _____