UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY P. L. TIBBETTS | : | |
| VS. | : | NO. 3:01CV1763(CFD) |
| PRESIDENT AND FELLOWS | : | JULY 4, 2004 |

# A P P E A R A N C E

Please enter the appearance of JOHN R. WILLIAMS, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: jrw@johnrwilliams.com; Federal Bar No. ct00215; on behalf of the plaintiff in this matter.

        THE PLAINTIFF

BY_____
     JOHN R. WILLIAMS
     Federal Bar No. ct00215
     51 Elm Street
     New Haven, CT 06510
     (203) 562-9931
     FAX:  (203) 776-9494
     E-Mail: jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Jeffrey R. Babbin, Esq., and William J. Doyle, Esq., Wiggin & Dana, P. O. Box 1832, New Haven, CT 06508-1832; and Mr. Jeffrey  P. L. Tibbetts, 1021 Arlington Boulevard, Apartment 822, Arlington, VA 22209.

_____
JOHN R. WILLIAMS