UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY P. L. TIBBETTS | : | |
| VS. | : | NO. 3:01CV1763(CFD) |
| PRESIDENT AND FELLOWS | : | JULY 19, 2004 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTIONS**

The plaintiff moves that he be granted an extension of time until August 16, 2004, to file any further response to pending motions in this case. He seeks this extension so he can coordinate his response with undersigned counsel, who has just appeared herein. Counsel for the defendant advises that he takes no position on this motion.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Attorneys William J. Doyle and Jeffrey R. Babbin at Wiggin & Dana LLP, P. O. Box 1832, New Haven, CT 06508-1832; and to Mr. Jeffrey L. Tibbetts, 1021 Arlington Boulevard, Apt. 822, Arlington, VA 22209.

_____
JOHN R. WILLIAMS