UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

FILED

JEFFREY TIBBETTS,
    Plaintiff

v.

No. 301-CV-1763 (CFD)

PRESIDENT & FELLOWS
OF YALE COLLEGE, ET AL,
    Defendants

December 7, 2004

2004 DEC -7 P 12: 03

U.S. DISTRICT COURT
HARTFORD, CT.

### PLAINTIFF'S EMERGENCY MOTION FOR PERMISSION TO ANSWER OUTSTANDING PENDING MOTIONS IN CASE

Plaintiff respectfully moves for an extension of seven days, up to an including December 14, 2004, with which to respond to any pending motions that have not been completed answered by former counsel in the above-captioned action.

Respectfully submitted,

Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA 22209
(703) 625-8718
Email: Tibbetts@aya.yale.edu

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of December, 2004, a true and correct copy of the foregoing was sent by First Class Mail, postage prepaid, to defendants' counsel of record:

Jeffrey Babbin
Wiggin & Dana
P.O. Box 1832
New Haven, CT 06508-1832

_____
Jeffrey L. Tibbetts