UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

JEFFREY TIBBETTS,
Plaintiff

v.   No. 301-CV-1763 (CFD)

PRESIDENT & FELLOWS
OF YALE COLLEGE, ET AL,
Defendants

December 7, 2004

### PLAINTIFF'S EMERGENCY MOTION FOR PERMISSION TO ANSWER OUTSTANDING PENDING MOTIONS IN CASE

Plaintiff respectfully moves for an extension of seven days, up to an including December 14, 2004, with which to respond to any pending motions that have not been completed answered by former counsel in the above-captioned action.

**GRANTED.** It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 12/14/04

Respectfully submitted,

Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA 22209
(703) 625-8718
Email: Tibbetts@aya.yale.edu