UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| JEFFREY L. TIBBETTS, | ) | 2004 DEC 22 P 12: 03 |
| | ) | |
| *Plaintiff* | ) | U.S. DISTRICT COURT |
| v. | ) | 301CV01763(CFD) |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | |
| YALE COLLEGE, et al | ) | |
| *Defendants* | ) | December 21, 2004 |

**PLAINTIFF'S MOTION FOR A HEARING TO DEFAULT DITTES,
OGLETREE, LEVIN AND THE PRESIDENT & FELLOWS
AND FOR DEFENDANTS' VARIOUS CONTEMPTS OF COURT**

Plaintiff respectfully moves for a hearing to default Defendants DITTES, OGLETREE, LEVIN and PRESIDENT AND FELLOWS OF YALE COLLEGE for a three-and-a-half-year failure to answer, respond or plead to the complaint in this action, and to make factual findings regarding the Defendants' contempt of court for violations of 18 U.S.C. § 401(2) (Defendants' "Misbehavior" and False Statement Regarding the Agency of Yale's Office of General Counsel); 18 U.S.C. § 401(2) (Defendants' "Misbehavior" and False Statement Regarding the Legislative Entity "President and Fellows of Yale College" and "Yale University"); 18 U.S.C. § 401(3) (Defendants' Subterfuge in Evading Service of Process and Obstructing the Orderly Administration of Justice); and F.R.Civ.P. 45(e) (Failure to Comply With a Duly Issued Subpoena).

In support of this motion, the Court is respectfully directed to the Memorandum of Law in Support of Default and Contempt of Court, filed on December 17, 2001, and incorporated herein.

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

_____
Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA 22209
(703) 522-0321

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing was sent by regular mail, postage pre-paid, on this 21st day of Dec., 2004, to defendants' counsel of record:

Jeffrey Babbin
WIGGIN & DANA
One Century Tower
New Haven, CT 06508.

_____
Jeffrey L. Tibbetts

**ORAL ARGUMENT REQUESTED**