UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 22 P 12:03
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JEFFREY L. TIBBETTS, | ) |
| *Plaintiff* | ) |
| v. | ) 301CV01763 (CFD) |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, et al | ) |
| *Defendants* | ) December 21, 2004 |

### PLAINTIFF'S MOTION TO TAX COSTS FOR SERVICE OF PROCESS ON ROBINSON, ROSE, BABBIN, DOYLE AND WIGGIN & DANA FOR FAILURE TO WAIVE SERVICE OF PROCESS UNDER F.R.CIV.P. 4(D)

Plaintiff moves the Court to tax the costs of service of process on Defendants BABBIN, ROBINSON, ROSE, DOYLE and WIGGIN & DANA for failure to waive service of process under F.R.Civ.P. 4(d). This rule states in pertinent part that "An individual, corporation, or association that is subject to service" under the applicable subdivisions of this section "has a duty to avoid unnecessary costs of serving the summons." F.R.Civ.P. 4(d)(2). Likewise, if defendants fail to waive costs of service as required under this rule, then "the costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive service of a summons shall include the costs subsequently incurred in effecting service" under the applicable subdivisions of this rule, "together with costs, including a reasonable attorney's fee, of any motion required to collect the costs of service."

In the instant case, on January 10, 2002, plaintiff filed notice of requested Waiver of Service of Process from Defendants BABBIN, ROBINSON, ROSE, DOYLE and WIGGIN & DANA. These defendants failed to timely waive service of process. On March 4, 2002, plaintiff moved to default BABBIN, ROBINSON, ROSE, DOYLE and WIGGIN & DANA for failure to timely waive service of process. Since that time, these defendants have done nothing

**ORAL ARGUMENT REQUESTED**

to comply with their "duty avoid unnecessary costs of serving the summons," as required by F.R.Civ.P. 4(d)(2).

Wherefore, Defendants BABBIN, ROBINSON, ROSE, DOYLE and WIGGIN & DANA have failed to show any cause for not waiving service of process, and Plaintiff herein now makes an application to tax the costs of this service of process on these defendants pursuant to F.R.Civ.P. 4(d)(2).

Respectfully submitted,

_____
Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA 22209
(703) 522-0321

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing was sent by regular mail, postage pre-paid, on this 21st day of Dec, 2004, to defendants' counsel of record:

Jeffrey Babbin
WIGGIN & DANA
One Century Tower
New Haven, CT 06508.

_____
Jeffrey L. Tibbetts

**ORAL ARGUMENT REQUESTED**