UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY P.L. TIBBETTS, | CIVIL ACTION NO. 3:01CV01763 (CFD) |
| Plaintiff, | |
| vs. | |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL., | |
| Defendants. | DECEMBER 27, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

William J. Doyle of Wiggin and Dana LLP hereby moves this Court, pursuant to Local Rule 7(e), for permission to withdraw his appearance for the defendants Yale University (a/k/a President & Fellows of Yale College), Richard Levin, James Dittes, Thomas Ogeltree and non-party witness Dorothy K. Robinson on the grounds that he is retiring from the practice of law as of December 31, 2004. Other counsel from Wiggin and Dana already have appeared for the defendants. The undersigned counsel certifies that the defendants have been sent notice of this motion by certified mail.

**ORAL ARGUMENT NOT REQUESTED.**

Respectfully submitted,

DEFENDANTS
YALE UNIVERSITY
(a/k/a President & Fellows of Yale College),
RICHARD LEVIN, JAMES DITTES,
THOMAS OGLETREE
 – and –
NON-PARTY WITNESS
DOROTHY ROBINSON

By: _____
William J. Doyle (ct04190)
wdoyle@wiggin.com
Jeffrey R. Babbin (ct10859)
jbabbin@wiggin.com
Wiggin and Dana LLP
Their Attorneys
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
203) 498-4440
203) 782-2889 (fax)

## CERTIFICATION

This is to certify that on this 27th day of December 2004, a copy of the foregoing was mailed, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis
51 Elm Street, Suite 409
New Haven, CT 06510

Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA 22209
*Pro se appearance of plaintiff*

_____
William J. Doyle

\490\171\506593.1