UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 22 P 12: 03
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JEFFREY L. TIBBETTS, | ) |
| *Plaintiff* | ) |
| v. | ) 301CV01763 (CFD) |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, et al | ) |
| *Defendants* | ) December 21, 2004 |

### PLAINTIFF'S MOTION TO TAX COSTS FOR SERVICE OF PROCESS ON ROBINSON, ROSE, BABBIN, DOYLE AND WIGGIN & DANA FOR FAILURE TO WAIVE SERVICE OF PROCESS UNDER F.R.CIV.P. 4(D)

Plaintiff moves the Court to tax the costs of service of process on Defendants BABBIN, ROBINSON, ROSE, DOYLE and WIGGIN & DANA for failure to waive service of process under F.R.Civ.P. 4(d). This rule states in pertinent part that "An individual, corporation, or association that is subject to service" under the applicable subdivisions of this section "has a duty to avoid unnecessary costs of serving the summons." F.R.Civ.P. 4(d)(2). Likewise, if defendants fail to waive costs of service as required under this rule, then "the costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive service of a summons shall include the costs subsequently incurred in effecting service" under the applicable subdivisions of this rule, "together with costs, including a reasonable attorney's fee, of any motion required to collect the costs of service."

In the instant case, on January 10, 2002, plaintiff filed notice of requested Waiver of Service of Process from Defendants BABBIN, ROBINSON, ROSE, DOYLE and WIGGIN & DANA. These defendants failed to timely waive service of process. On March 4, 2002, plaintiff moved to default BABBIN, ROBINSON, ROSE, DOYLE and WIGGIN & DANA for failure to timely waive service of process. Since that time, these defendants have done nothing

**ORAL ARGUMENT REQUESTED**