UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFREY TIBBETTS

v.

PRESIDENT & FELLOWS OF YALE COLLEGE
RICHARD LEVIN;JOHN ROWLAND; JODI RELL;
GEORGE BAKER; FRANCIS BEINECKE;
ROLAND BETTS; BENJAMIN CARSON;
GERHARD CASPER; SUSAN CROWN;
CHARLES ELLIS; HOLCOMBE GREEN;
LINDA MASON; JOHN PEPPER; KURT SHMOKE;
JAIME SERRA; JANET YELLEN; DOROTHY ROBINSON;
HAROLD ROSE; JAMES DITTES; THOMAS OGLETREE;
WILLIAM DOYLE; JEFFREY BABBIN; WIGGIN & DANA;
VICTORIA MATTHEW

CASE NO. 3:01CV1763(CFD)

## JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss before the

Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law and

having filed a Ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the

defendants.

Dated at Hartford, Connecticut, this 15th day of February, 2005.

KEVIN F. ROWE, Clerk

By _____
   Devorah Johnson
   Deputy Clerk

EOD_____