UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY P.L. TIBBETTS, : | CIVIL ACTION NO. |
| : | 3:01CV01763 (CFD) |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| PRESIDENT AND FELLOWS OF YALE : | |
| COLLEGE, ET AL., : | |
| : | |
| Defendants. : | |
| : | MARCH 21, 2005 |

### DEFENDANT'S OPPOSITION TO
### PLAINTIFF'S SUPPLEMENTAL RULE 59 MOTION

Defendant Yale University (a/k/a the corporate entity of the President and Fellows of Yale College, including Yale Corporation) ("Yale") opposes plaintiff's supplemental Rule 59 motion, filed on March 15, 2005 (doc. 103). Plaintiff, in discussing the activity in the earlier *Dittes* case, is correct that a timely motion under Rule 59 tolls the time to appeal. However, none of the caselaw he cites shows that the time to file a Rule 60(b)(1) or (3) motion can similarly be tolled. It cannot be tolled, for all the reasons already discussed by Yale in its earlier filings. Thus, this Court correctly dismissed the Rule 60(b) claims in this action, and the Court should deny plaintiff's supplemental motion to set aside that dismissal.[1]

---

[1] Plaintiff's "supplemental motion" appears more likely to be a reply memorandum in support of his earlier Rule 59(e) motion in this action. But because plaintiff has styled his filing as a "motion," Yale is filing this short opposition to avoid any appearance that plaintiff's "supplemental motion" is unopposed.

Respectfully submitted,

DEFENDANT
YALE UNIVERSITY

By: _____
Jeffrey R. Babbin (ct10859)
  jbabbin@wiggin.com
Wiggin and Dana LLP
Its Attorneys
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)

2

## **CERTIFICATION**

This is to certify that on this 21st day of March, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Jeffrey L. Tibbetts
1021 Arlington Blvd., #822
Arlington, VA 22209

_____
Jeffrey R. Babbin

\490\171\522080.1

3