U.S. DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY L. TIBBETTS ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 301CV1763 (CFD) |
| ) | |
| PRESIDENT AND FELLOWS ) | |
| Defendants ) | |
| ) | July 19, 2005 |

## NOTICE OF APPEARANCE

THE COURT WILL PLEASE TAKE NOTICE that Plaintiff has retained Paul S. Berman, Professor of Law at University of Connecticut, to argue and brief the pending Rule 60(b)(4) Motion before this Court. Professor Berman has applied for admission to practice in the U.S. District Court for the District of Connecticut, as well as the U.S. Court of Appeals for the Second Circuit in the pending appeal of *Tibbetts v. Dittes* (05-0694-CV). Professor Berman will make his appearance in this case as soon as his admission to practice in this Court becomes official. Accordingly, Plaintiff respectfully requests that this Court hear from Mr. Berman before issuing any final rulings in this action.

Respectfully submitted,

Jeffrey L. Tibbetts
Plaintiff Pro Se
1021 Arlington Blvd. #822
Arlington, VA 22209
(703) 625-8718

## CERTIFICATE OF SERVICE

    This is to certify that on July 19, 2005, a true and correct copy of the foregoing was served, via First Class Mail, postage prepaid, on Defendants' counsel of record:

Jeffrey Babbin, Esq.
PO Box 1832
New Haven, CT 06508

_____
Jeffrey L. Tibbetts



Exhibit A



PROSPECTIVE STUDENTS | STUDENTS | ALUMNI/AE | LIBRARY | FACULTY | ACADEMICS

- Profile
- Scholarship
- News & Courts
- Curriculum Vitae

# Paul Schiff Berman

### Profile

Paul Schiff Berman, Professor of Law. Professor Berman teaches courses in Cyberspace Law, Conflict of Laws, Civil Procedure, and Copyright Law as well as an inter-disciplinary seminar called Law, Culture, and Community. He is a 1988 graduate of Princeton University, where he majored in Anthropology, and he received his law degree from New York University School of Law in 1995. Prior to entering academia, he served as a law clerk first to Chief Judge Harry T. Edwards of the U.S. Court of Appeals for the D.C. Circuit and then to Justice Ruth Bader Ginsburg of the United States Supreme Court. Professor Berman's scholarly writing focuses on the intersection of cyberspace law, international law, civil procedure, and the cultural analysis of law.

**Contact Information:**

Paul Schiff Berman
Professor of Law
Hosmer 122
860-570-**5382**
E-mail Paul Schiff Berman

### Recent Courses

- Civil Procedure (Fall 2005)
- Civil Procedure II (Spring 2005)
- Leg/Cultural Issues Cyberspace (Spring 2005)
- Civil Procedure I (Fall 2004)
- Federal Courts/Appellate Proc (Fall 2004)
- Civil Procedure (Fall 2003)
- Leg/Cultural Issues Cyberspace (Fall 2003)

UConn Law    The Web
[Type Search Here] Google
FIND

FACULTY/STAFF DIRECTORY    SITE MAP    TEXT-ONLY

University of Connecticut School of Law
45 Elizabeth Street
Hartford, CT 06105-2290
(860) 570-5000



PROSPECTIVE STUDENTS | STUDENTS | ALUMNI/AE | LIBRARY | FACULTY | ACADEMICS

Profile
Scholarship
News & Courts
Curriculum Vitae

# Paul Schiff Berman - Scholarship

## Books

- Cyberlaw: Problems of Policy and Jurisprudence in the Information Age 2d Edition (with Patricia L. Bellia & David G. Post, West Publishing, 2004).

- The Globalization of Justice, Editor, (Ashgate Publishing, forthcoming 2004).

- Cyberlaw: Problems of Policy and Jurisprudence in the Information Age (Thomson/West 2003) [with Patricia L. Bellia, and David G. Post].

**Contact Information:**



Paul Schiff Berman
Professor of Law
Hosmer 122
860-570-5382
E-mail Paul Schiff Berman

## Book Chapters

- The Internet, Community Definition, and the Social Meaning of Legal Jurisdiction, in Virtual Publics: Policy and Community in an Electronic Age (Beth Kolko, ed., Columbia University Press, 2003).

- Telling a Less Suspicious Story: Notes Towards a Non-Skeptical Approach to Legal/Cultural Analysis, in Cultural Analysis, Cultural Studies, and the Law: Moving Beyond Legal Realism (Austin D. Sarat and Jonathan Simon eds., Duke University Press, 2003).

## Journal Articles

- Choice of Law and Governmental Interests in a Global Era, __ U. Pa. L. Rec. __ (2005, forthcoming)

- From International Law to Law and Globalization, __ Colum. J. Transnat'l L. __ (2005, forthcoming)

- The Globalization of Jurisdiction, 151 University of Pennsylvania Law Review 311 (2002).

- The Cultural Life of Capital Punishment: Surveying the Benefits of a Cultural Analysis of Law, (reviewing Austin Sarat, When the State Kills: Capital Punishment and the American Condition) 102 Columbia Law Review 1129 (2002).

- Telling a Less Suspicious Story: Notes Towards a Non-Skeptical Approach to Legal/Cultural Analysis, 13 Yale Journal of Law and the Humanities 95 (2001).

- An Observation and a Strange But True Tale: What Might the Historical Trials of Animals Tell Us About the Transformative Potential of Law in American Culture?, 52 Hastings Law Journal 123 (2000).

- Cyberspace and the State Action Debate: The Cultural Value of Applying Constitutional Norms to Private Regulation, 71 University of Colorado Law Review 1263 (2000).

- The Culture of Cyberspace: Panel Summary, 93 American Society of International Law Proceedings 354 (1999).

- An Anthropological Approach to Modern Forfeiture Law: The Symbolic Function of Legal Actions Against Objects, 11 Yale Journal of Law and the Humanities 1 (1999).

- Rats, Pigs, and Statues on Trial: The Creation of Cultural Narratives in the Prosecution of Animals and Inanimate Objects, 69 New York University Law Review 288 (1994).

### News & Other Articles

- Whose Laws Apply in the Global Village?, Hartford Courant, January 17, 2003.

- Letter to the Editor, N.Y. Times (Feb. 23, 2001) (responding to Jeffrey Rosen, In Lieu of Manners).

- Stem Cell Patents are a Worry, New Haven Register, September 6, 2001.

- Can Copyright, First Amendment Peacefully Coexist?, Hartford Courant, March 5, 2001.

- Are we Overprotecting Intellectual Property?, Ft. Lauderdale Sun-Sentinel, September 21, 2000.

- Is it Theft or Just Great Advertising?, San Jose Mercury News, September 20, 2000.

- Danger or Opportunity?: Internet's Impact on the Music Business Need Not be What Some Fear, Montreal Gazette, September 18, 2000.

- Cybermusic: Are We Overprotecting Intellectual Property Online?, Tulsa World, September 17, 2000.

- Creativity-Not Property-Gets Protection, Cleveland Plain Dealer, September 15, 2000.

- Ease up on MP3: Are We Overprotecting Intellectual Property Online?, Hartford Courant, September 10, 2000.

- Littleton and the Internet: Responding to the Wrong Threats, Hartford Courant, May 23, 1999.

UConn Law    The Web

Type Search Here    Google
FIND

FACULTY/STAFF DIRECTORY    SITE MAP    TEXT-ONLY

University of Connecticut School of Law
45 Elizabeth Street
Hartford, CT 06105-2290
(860) 570-5000



| PROSPECTIVE STUDENTS | STUDENTS | ALUMNI/AE | LIBRARY | FACULTY | ACADEMICS |

**Profile**

**Scholarship**

**News & Courts**

**Curriculum Vitae**

# Paul Schiff Berman - News & Courts

### In the Courts

Paul Schiff Berman, assisted by students Benjamin Buckley and Heather Wood, briefed and argued for the appellant in *Krishnan v. Barnhart*. Oral argument was held on March 11, 2003.
  Court: United States Court of Appeals for the D.C. Circuit

**Contact Information:**



Paul Schiff Berman
Professor of Law
Hosmer 122
860-570-**5382**
E-mail Paul Schiff Berman

### In the News

**Guardian Unlimited (UK)** July 2, 2005
  Paul Schiff Berman is quoted in the article *High Court's Next Term Full of Big Cases*.
**WTIC-AM** July 1, 2005
  Paul Schiff Berman discussed the retirement of Justice Sandra Day O'Connor on WTIC radio.
**Hartford Courant** February 2, 2005
  Paul Schiff Berman's letter to the editor was published: *Did Judge Abuse His Power?*.
**Norwich Bulletin** January 26, 2005
  Paul Schiff Berman is quoted in the article *High court unlikely to hear killer's case*.
**New London Day** September 29, 2004
  Paul Schiff Berman is quoted in the article *Supreme Court Arguments in Eminent-domain Case Should Be Spirited*.
**New London Day** December 27, 2003
  Paul Schiff Berman is mentioned in the article *Symposium On Open Government At College Turned Into Video Series*. The article reports on the production of a video from a symposium at the School of Law.
**New London Day** March 30, 2003
  Professor Paul Berman was quoted in the article *Who's Fighting by the Rules?: Experts Debate Whether Iraq, U.S. are Abiding by Geneva Conventions*.
**USA Today** February 13, 2003
  Professor Paul Schiff Berman was quoted in the article *File-sharing Case Could Set Tone for Piracy Battle. Record Industry, Verizon Square Off Today Over User's Privacy*. Written by Mark Snider, the article discusses the entertainment industry's attempts to combat piracy.
**Hartford Courant** January 17, 2003
  Professor Paul Schiff Berman contributed the opinion piece *Whose Laws Apply in the Global Village*.
**Florida Times-Union** December 19, 2002
  Professor Paul Schiff Berman is quoted in *Ruling Sets Back Instant Golf Score Reports: Judge Rejects Claims in PGA Tour Case*.
**New London Day** November 29, 2002
*Mashantucket Suit Contends Domain Name is Misleading*
by Karen Florin
  Professor Paul Schiff Berman is quoted in an article concerning a "cybersquatting" suit by the Mashantucket Pequots.
**The First Voice** September 27, 2002
*Faculty Focus: Interview with Paul Perman* by Jeff White
  Professor Paul Berman is interviewed and discusses his position on copyright and the Internet.
**WFSB-TV and WVIT-TV** January 29, 2002
*6pm Evening Newscasts*
  Professor Paul Berman is interviewed on the air about the so-called "whistleblower case," in which a state employee was charged with distributing information from confidential reports.
**WTIC Radio** December 13, 2001
  Professor Paul Berman is interviewed regarding the letter from law professors to Sen. Leahy

opposing the creation of military tribunals.

**WFSB Channel 3** November 9, 2001
*Evening Newscast*
    Professor Paul Berman is interviewed for a story about anti-terrorist legislation.

**Connecticut Magazine** November 2001
*Into the Future: 30 age 40 and under tell what they'd like to see in Connecticut's next 30 years*
    Professor Paul Berman is quoted in an article about what he hopes to see in Connecticut's future.

**WFSB Channel 3** October 24, 2001
*Noon Newscast*
    Professor Paul Berman is interviewed for a story about anti-terrorist legislation and Constitutional law.

**New Haven Register** September 6, 2001
*Stem cell patents are a worry*
by Paul Schiff Berman
    Professor Paul Berman contributes an op-ed piece about the intellectual property implications for stem cell research.

**The Hartford Courant** July 10, 2001
*Online Music Option*
by John M. Moran
    Professor Paul Berman is interviewed for an article concerning a new website called jackalope.com for sharing audio files.

**The Hartford Courant** March 5, 2001
*Can Copyright, First Amendment Peacefully Coexist?*
by Paul Schiff Berman
    Professor Paul Berman contributes an op-ed piece on the federal appeals court case regarding the right to publish information on circumventing the copy protection scheme of DVDs.

**The Florida Times-Union** March 4, 2001
*Internet has media challenging newsmakers for access*
by Paul Pinkham
    Professor Paul Berman is quoted in an article about a lawsuit concerning the public domain and copyright.

**The New York Times** February 23, 2001
*In Lieu of Manners* [Link requires registration for NYTimes.com]
by Paul Schiff Berman
    A letter to the editor by Professor Paul Berman responding to an article about the increase of the application of law for dispute resolution.

**WVIT-TV** December 12, 2000
*Channel 30 News at 11pm*
    Professor Paul Berman served as an in-studio legal analyst on the Supreme Court's ruling.

| UConn Law | The Web | | | | |
|---|---|---|---|---|---|
| Type Search Here | Google | FACULTY/STAFF DIRECTORY | SITE MAP | TEXT-ONLY | University of Connecticut School of Law<br>45 Elizabeth Street<br>Hartford, CT 06105-2290<br>(860) 570-5000 |
| FIND | | | | | |