UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY TIBBETTS | ) |
| Plaintiff | ) |
| v. | ) CASE NO. 3:01CV01763(CFD) |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL. | ) |
| Defendants | ) |
| | ) October 24, 2005 |

FILED 2005 OCT 25 P 3: 04 DISTRICT COURT HARTFORD, CT.

## NOTICE OF APPEAL

NOTICE IS HEREBY given that Plaintiff Jeffrey Tibbetts hereby appeals the above-captioned case to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on August 31, 2005. Plaintiff appeals every aspect of this decision against all of the named defendants.

Plaintiff had thirty days from the entry of this final judgment on August 31, 2005, to make an appeal up until September 30, 2005. However, during this period of time, Plaintiff was on active duty orders as a Captain in the U.S. Army Reserve, serving his commitment as an officer in the United States Armed Forces for training for deployment to Afganistan. Plaintiff is entitled as a matter of law under the Sailor and Soldiers Civil Relief Act of 2004 (SSCRA) (formerly the Soldiers and Sailors Civil Relief Act of 1940) to a suspension of this appeal period during the time that the service member was on active duty. In this case, Plaintiff served on active duty training with the U.S. Joint Forces Command between August 31, 2005 to September 29, 2005. Plaintiff was further stationed outside of his normal state of residence, at both the U.S. Naval Station in Norfolk, Virginia, and the U.S. Army Intelligence Command at Ft. Huachuca in Arizona. During this active duty service, Plaintiff did not receive any mail or any notice of the final judgment in this action.

As a matter of law, the time to file an appeal in any civil action begins to accrue when the service member is released from active duty orders under SSCRA. In this case,

Plaintiff is filing the instant appeal within 25 days of the 30-day appeal period, required by Federal Rules of Appellate Procedure (FRAP) 4(a)(1)(A). Under separate motion, Plaintiff is filing a motion, affidavit and memorandum of law in support of an extension for the period of time to file this appeal pursuant to FRAP 5(A). This rule specifically allows for an extension of the time to file an appeal if "the party moves no later than 30 days after the time prescribed by this Rule 4(a); and that party shows excusable neglect or good cause." FRAP 5(A)(i)(ii). Plaintiff is both moving for this extension of time within the required 30 days after the time prescribed by FRAP 4(a) and with "good cause," that cause being military service to our nation, which provides a stay of civil and legal obligations under SSCRA.

    Plaintiff encloses herewith the required $255.00 fee with this Notice of Appeal.

Respectfully submitted,

Jeffrey L. Tibbetts
P.O. Box 9843
Arlington, VA 22219-1843
(703) 625-8718