## U.S. DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JEFFREY TIBBETTS | ) | |
| Plaintiff | ) | |
| v. | ) | CASE NO. 3:01CV01763 (CFD) |
| PRESIDENT AND FELLOWS OF YALE COLLEGE, ET AL. | ) | |
| Defendants | ) | |

## AFFIDAVIT IN SUPPORT OF APPEAL

The undersigned hereby affirms under penalty of perjury that following is true and correct:

1.  I am the plaintiff in the above-captioned actions, and I know the importance of taking an oath.

2.  I am a commissioned officer in the U.S. Army Reserve and have taken an oath to protect and to defend the Constitution from enemies, both foreign and domestic. I serve as a Captain in the 323rd Military Intelligence Battalion, Ft. Meade, Maryland.

3.  I have accepted and am in the process of being assigned a six-month tour with the U.S. Joint Special Operations Command (JSOC) in Kabul, Afganistan.

4.  On August 31, 2005, I was ordered to active duty training (ADT) with the U.S. Joint Forces Command (USJFCOM), U.S. Naval Base, Norfolk, Virginia. While stationed at Norfolk, I received additional training orders to report to the U.S. Military Intelligence Command at Fort Huachuca, Arizona.

5.  A copy of the ADT orders to USJFCOM is attached hereto as Exhibit 1. A copy of the TDY orders to Fort Huachuca, Arizona is attached hereto as Exhibit 2.

6.  On the day I reported for active duty with USJFCOM (August 31, 2005), the District Court dismissed my Rule 59 Motions. Under ordinary circumstances, I would have had 30 days, or until September 31, 2005, to

file my notice of appeal with the U.S. Court of Appeals for the Second Circuit.

7.   USJFCOM released me from active duty on September 29, 2005.  A copy of the official certificate of release is attached hereto as Exhibit 3.

8.   After I was released from active duty, I learned from defendants' counsel on Friday, October 21, 2005, that the district court had dismissed my actions.  A copy of that email with defendants' counsel is attached hereto as Exhibit 4.

9.   On Monday, October 24, 2005, I filed a Notice of Appeal in the above-captioned actions.  A copy of this Notice of Appeal is attached hereto as Exhibit 5.

10.  The Notice of Appeal was timely filed within 30 days upon my release from active duty.

11.  The Servicemembers' Civil Relief Act of 2003 (SCRA), 50 U.S.C. App. §§ 501 - 596, is a federal statute designed to "protect those who have been obliged to drop their own affairs to take up the burdens of the nation." SCRA is intended to enable persons on active duty and activated reservists to devote their attention exclusively to the defense needs of the nation by providing for the temporary suspension of civil proceedings that might prejudice the civil rights of such persons.  SCRA does not extinguish any liabilities or obligations; it merely suspends action and enforcement until such time as the ability of the soldier to answer or comply is no longer materially impaired by reason of his military service.

12.  As an Active Reservist in the U.S. Army, I am entitled to a stay or suspension of the appeal period under SCRA, wherein I was "obliged to drop" my affairs and "take up the burdens of the nation" in support of Operations of Noble Eagle and Enduring Freedom.

13.  Further, Rule 4 of the Federal Rules of Appellate Procedure (FRAP) provides for an extension of time to file an appeal "if the party moves no later than 30 days after the time prescribed by this Rule 4(a); and that party shows excusable neglect or good cause."  FRAP 4 (a)(5)(A).

14.  In this case, the "time prescribed" to file my notice of appeal was September 30, 2005.   Thirty days after this "time prescribed" was October 31, 2005.  Accordingly, I timely filed my notice of appeal on October 24, 2005.

15.  Even if I were not entitled to a stay under SCRA, I can still demonstrate that my military service to our nation, between August 31, 2005 and September 29, 2005, provides "good cause" for a 24 day extension to file

the instant notice of appeal.

16. In addition, I did not receive notice of the District Court's dismissal until November 1, 2005.

17. I gave notice to the United States Postal Service (USPS) that all of my mail should be forwarded to USJFCOM in Norfolk, Virginia. A copy of that notice is attached hereto as Exhibit 6.

18. Thereafter, USPS received the District Court's decision and forwarded it to me at USJFCOM on September 29, 2005. By the time it arrived, I had already departed USJFCOM. On October 27, 2005, the Department of Defense (DOD), Commander, U.S. Joint Forces Command, forwarded the District Court's decision (and all remaining mail) to my home address, causing it to be "delivered" by USPS on November 1, 2005.

19. The DOD envelope in which the District Court's decision was both enclosed and "delivered" to me on November 1, 2005, is attached hereto as Exhibit 7. The U.S. District Court envelope, mailed on September 2, 2005, forwarded to USJFCOM on September 29, 2005, and "delivered" to me on November 1, 2005, is attached hereto as Exhibit 8.

20. Arthur Cross, USPS Postmaster, Rosslyn Station, Virginia (703/527-7029), verifies that both the DOD envelope and the District Court's decision were "delivered" to me on November 1, 2005. *See* Exhibits 7-8.

21. Therefore, apart from the SCRA provisions, under FRAP 4 (a)(5)(A), I can demonstrate "good cause" for an extension of the time to file this notice of appeal.

22. I satisfy the "good cause" standard because between August 31, 2005 and September 29, 2005, I was in military service to our nation in support of Operations Noble Eagle and Enduring Freedom. Further, because of the active duty service, I did not receive notice from USPS of the District Court's dismissal until November 1, 2005.

23. Regardless of the date of receipt of the District Court's dismissal, I still filed my notice of appeal twenty-four (24) days "after the time prescribed," and within the 30-day requirement, to satisfy the requirements for an extension under FRAP 4 (a)(5)(A).

24. For all of the foregoing reasons, I am entitled to a stay of the appeal period between August 31, 2005 and September 29, 2005, under the provisions of SCRA (50 U.S.C. App. §§ 501 *et seq.*), wherein I was in military service to support the "burdens of the nation," and where this service provides "good cause," and where I timely filed this notice of appeal within 24 days "after the time prescribed," in compliance with the 30-day requirement for

an extension, under FRAP 4 (a)(5)(A).

Signed,

Jeffrey L. Tibbetts
(CPT Geoffrey L. Tibbetts, USAR)
P.O. Box 9843
Arlington, VA  22219-1843

Sworn and subscribed before me on this _____ day of November, 2005

_____
Notary Public
My Commission Expires on: _____

Exh. 1

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-PLMS1-0232                                             18 AUG 2005
ORDERS  T-08-512052


TIBBETTS GEOFFREY TIBBETTS        PLMS1-0232      CPT MI 35D  095 42 3413
1021 ARLINGTON BLVD APT 822                       WZPSTO
ARLINGTON VA 22209 2239                           323 MI BN    HHC(COL&EX


YOU ARE ORDERED TO ACTIVE DUTY FOR TRAINING (ADT) FOR THE PERIOD SHOWN. ON
COMPLETION OF THE PERIOD OF ADT, UNLESS SOONER RELEASED OR EXTENDED BY PROPER
AUTHORITY, YOU WILL RETURN TO THE PLACE WHERE YOU ENTERED ADT.

PERIOD:   29 DAYS PLUS ALLOWABLE TRAVEL TIME
REPORT TO: USJFICOM
   NORFOLK VA 23551
REPORTING DATE: RPT BETWEEN 0730 & 0800 HRS. 31 AUG 2005
ATTACHED TO: JNT TRANS CMD INTEL 7941 BLANDY ROAD, SUIT NORFOLK VA 23551 2498
PURPOSE: OSAA JFICOM FRA


ADDITIONAL INSTRUCTIONS: YOU ARE ATCHD FOR ADMIN SPT TO INCLUDE ADMIN OF UCMJ.
   INJURY/DISEASE/ILLNESS/DEATH REQ LODI IAW AR 600-8-4. ID CARDS/TAGS RQD ON
   PERSON WHILE ON GOVT ORDERS. BREAK IN TVL TIME TO/FR HOR NOT AUTH. CALL AHRC
   PDC PRIOR TO TOUR IF UNABLE TO COMPLY WITH ORDERS. COMPLIANCE WITH THIS
   ORDER IS RQD; NONCOMPLIANCE JEOPARDIZES FUTURE TNG. ATTENDANCE IN UNIFORM IS
   MANDATORY. MBR MAY ELECT TO TVL BY POV AS A PERSONAL CONVENIENCE. MILEAGE
   REIMBURSEMENT/PER DIEM LTD TO RECONSTRUCTIVE COST OF COMMON CARRIER AND
   RELATED PER DIEM IAW JFTR. TVL TIME LTD AS INDICATED IN JFTR. TRAVELER DOES
   NOT HAVE A GOV'T CHARGE CARD. GOVT MESS NOT AVAILABLE. GOVT QTRS NOT
   AVAILABLE. RENTAL CAR NOT AUTH. HIV CLEARED. APFT RQD IAW AR 350-41. JOGGING
   SHOES/PT CLOTHING RQD FOR PHYS TNG & APFT. FWD RESULTS IAW AR 140-1 PARA
   3-3C. DNA SPECIMEN RQD PRIOR TO DEPLOYMENT FROM DOD FACILITY. SPECIMEN TO BE
   FORWARDED TO ARMED FORCES REPOSITORY. DER RQD PER AR 623-105 OR AER RQD PER
   AR 623-1, FWD TO CDR AHRC ATTN: AHRC-PAV-E. SHOULD YOUR UNIT OF ASSIGNMENT
   BE MOBILIZED THIS ORDER WILL BE TERMINATED AND YOU WILL RETURN TO HOR AND
   MOB WITH YOUR UNIT. SUBMIT ORDERS AND CERT OF PERFORMANCE TO UA TO BE FRWD
   FOR PAYMENT TO THE USAR PAY CENTER AT FT MCCOY. DUTY IN SUPPORT OF OPNS
   NOBLE EAGLE/ENDURING FREEDOM. TVL ADVANCES WILL BE ISSUED ONLY BY DFAS-IN
   (TOI) S12102. SUBMIT TVL VOUCHERS TO DFAS-IN (TOI) WITHIN 5 DAYS OF
   COMPLETION OF DUTY. TVL VOUCHERS MUST HAVE SIGNATURE & DATE IN BLOCKS 20C &
   20D PRIOR TO SUBMISSION FOR SETTLEMENT.
FOR ARMY USE: AUTH: 10 USC 12301 (D) ADT W
ACCT CLAS: 2152070  23-6600 P2G11.K1000 TIB34135120520/(Q8NXAD) S12102
ESTIMATE ONLY:(1198-  $3384)(1199-  $1711)(1210-      )(1250-    $239)
(2578-      )(21T1-      )(21T2-  $5395)(22NZ-      )(22NL-         )
DOR:  08 JUL 2004 PPN:     COMP: USAR SEX: M TYTR: 13M SECCLR: TS W/SENSITIV
PEBD: 08 JUL 2004 HOR: SAME AS SNL


FORMAT: 280

****************
*    AHRC     *                      DEBRA A. COOK
*  OFFICIAL   *                      COL, MS
****************                      COMMANDING
DISTRIBUTION: 1A    PACKET: 6A
 1 81ST REG SPT CMD (RSC) 255 W OXMOOR ROAD BIRMINGHAM AL 35209 6383
 1 323 MI BN HHC(COL&EX BLDG 8478 B ARMOR CAVA FORT MEADE MD 20755 5340

Exhibit 2

# REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL

Case 3:01-cv-00988-JCT Document (Number 3) Filed 11/10/2005 Page 8 of 21

(Read Privacy Act Statement on back of applicable form filling form.)

| 1. DATE OF REQUEST *(YYYYMMDD)* |
|---|
| 2005/08/19 |

## REQUEST FOR OFFICIAL TRAVEL

| 2. NAME *(Last, First, Middle Initial)* | 3. SOCIAL SECURITY NUMBER | 4. POSITION TITLE AND GRADE/ RATING |
|---|---|---|
| BBETTS, GEOFFREY CARD HOLDER | 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 | O3 CPT - S1 ADJUTANT OFFICER |

| 5. LOCATION OF PERMANENT DUTY STATION (PDS) | 6. ORGANIZATIONAL ELEMENT | 7. DUTY PHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Commander United States Joint Forces Command | J2 | 703-625-8178 |

| 8. TYPE OF AUTHORIZATION | 9. TDY PURPOSE *(See JTR, Appendix H)* | 10a. APPROX. NO. OF TDY DAYS *(Including travel time)* | b. PROCEED DATE *(YYYYMMDD)* |
|---|---|---|---|
| SINGLE | | 17 | 2005/09/08 |

| 11. ITINERARY | VARIATION AUTHORIZED |
|---|---|

From: Norfolk, Virginia
To: Tucson, Arizona - (16)
& Return

## 12. TRANSPORTATION MODE

| a. COMMERCIAL | | | | b. GOVERNMENT | | | c. LOCAL TRANSPORTATION | | | PRIVATELY OWNED CONVEYANCE *(Check one)* |
|---|---|---|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | CAR RENTAL | TAXI | OTHER | RATE PER MILE: 0.000 |
| | X | | | | | | X | | | |

| AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER *(Overseas Travel Only)* | ADVANTAGEOUS TO THE GOVERNMENT |
|---|---|
| | MILEAGE REIMBURSEMENT AND PER DIEM IS LIMITED TO CONSTRUCTED COST OF COMMON CARRIER TRANSPORTATION AND PER DIEM AS DETERMINED AND TRAVEL TIME AS LIMITED PER JTR |

| 13. | X | a. PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR. | b. OTHER RATE OF PER DIEM *(Specify)* |
|---|---|---|---|

## 14. ESTIMATED COST

| a. PER DIEM | b. TRAVEL | c. OTHER | d. TOTAL | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|
| $1,925.00 | $595.00 | $660.00 | $3,180.00 | $0.00 |

**16. REMARKS** *(Use this space for special requirements, leave, excess baggage, accommodations, registration fees, etc.)*

CBA JCOM8404 THE TRAVEL AND TRANSPORTATION REFORM ACT OF 1998' STIPULATES THAT THE GOVERNMENT-SPONSORED, CONTRACTOR-ISSUED TRAVEL CARD SHALL BE USED BY ALL U.S. GOVERNMENT PERSONNEL (CIVILIAN AND MILITARY) TO PAY FOR COSTS INCIDENT TO OFFICIAL BUSINESS TRAVEL UNLESS SPECIFICALLY EXEMPTED BY AUTHORITY OF THE ADMINISTRATOR OF GENERAL SERVICES OR THE HEAD OF THE AGENCY. AUTH IN-TERMINAL CAR RENTAL PICK-UP. MEMBER AUTH THE USE OF POV TO/FROM THE AIRPORT. MBR AUTHORIZED A COMPACT SIZED RENTAL VEHICLE MEMBER AUTH REIMBURSEMENT OF PARKING FEES MEMBER AUTH REIMBURSEMENT OF LODGING TAXES. MEMBER AUTHORIZED REIMBURSEMENT OF OFFICIAL PHONE CALLS. MEMBER AUTH TRAVEL IN CIVILIAN CLOTHES. MBR AUTHORIZRD REIMBURSEMENT OF ATM ADVANCE FEES AUTHORIZED TO DEPART FROM RESIDENCE. MEMBER AUTH TO DEPART FROM RESIDENCE. MBR AUTHORIZED COMMERCIAL AIR MBR AUTHORIZED COMMERCIAL MEALS AUTHORIZED GOVERNMENT OFFICIAL MEALS, INTERNET USAGE AND EXCESS BAGGAGE FEES. LODGING PAID WITH J00 CORP CARD. AUTHORIZED ATM ADVANCE OF 909.00. SITE #1: COMMERCIAL MEAL RATE IS DIRECTED. SITE #1: RENTAL COMPACT CAR AUTHORIZED. SITE #1: AUTHORIZED OFFICIAL PHONE CALLS/FAX. CIC #: 35TD346N0006600

| 17. TRAVEL-REQUESTING OFFICIAL *(Title and signature)* | 18. TRAVEL - APPROVING/DIRECTING OFFICIAL *(Title and signature)* |
|---|---|

## AUTHORIZATION

**19. ACCOUNTING CITATION** AA9750400.5BCB 210 JFE05 0 068342 2D OTD346 6375000ERG20

| 20. AUTHORIZING/ORDER-ISSUING OFFICIAL *(Title and signature)* | 21. DATE ISSUED *(YYYYMMDD)* |
|---|---|
| PO? CRAIG JOHNSON | 2005/08/19 |
| | 22. TRAVEL AUTHORIZATION NUMBER |
| | N0006605TOTD346 |

ORIGINAL

**DD FORM 1610, MAY 2003**          PREVIOUS EDITION IS OBSOLETE.

Exhibit 3

| Individual Active Duty<br>Certificate of Performance<br><br>*[For use of this form see USARC Pam 37-1; the proponent agency is the DCS, G-8.]* | RCS exempt per AR 335-15, paragraph 5-2b(4). |
|---|---|
| | **1. FROM** *(Unit Address to include PAS)* |

**DATA REQUIRED BY THE PRIVACY ACT**

| Authority: | Title 37, U.S.Code, Sec. 101 and following. |
|---|---|
| Principal Purpose: | To certify duty performed as ordered for compensation IAW  USARC Reg 37-1 and internal controls as a Reserve Component soldier. |
| Routine Uses: | To specify and certify as correct the performance of duty. |
| Disclosure: | Disclosure is voluntary.  However, failure to disclose the requested information may delay or initiate a collection of the payment of compensation. |

**I CERTIFY THAT  I,** <u>CPT Geoffrey Tibbetts, 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</u>                    ,
*(Rank, Name, SSN)*

**HAVE COMPLETED** _____29_____ **DAYS OF THE ACTIVE DUTY PERIOD**
*(Number)*

**SPECIFIED IN ORDER** ___T-08-512053___ **, HQ** ___U.S.A HRC_____
*(Order Number)*                *(Issuing HQ)*

**DATED** _____18 Aug 2005_____ .  **INCLUSIVE DATES OF DUTY PERFORMED**

**ARE** _____31 Aug 2005_____ **TO** _____29 Sep 2005_____
**(INCLUDING TRAVEL).**

_(Soldier's Signature)_                _(Verifying Official's Signature)_

_____29 Sep 2005_____                ___CDR Todd Wilson, Chief, Reserve Affairs___
*(Date)*                *(Print Name and Title)*

___(757) 836-0261___    ___29 Sep 2005___
*(Phone No.)*        *(Date)*

| *Penalty:  The penalty for willfully making a false claim is:  A maximum fine of $10,000.00 or maximum imprisonment of 5 years or both.*<br>*(U.S. Code, Title 18, Sec 287.)* | *The Verifying Official must have personal knowledge or documentation supporting the fact that the duty was satisfactorily performed.* |
|---|---|

USARC FORM 25-R    Previous editions of this form are obsolete and will not be used.
1 JUN 02

Exhibit
4

| From | "Babbin ')"> Jeffrey R." <JBabbin@wiggin.com> |
|------|-----------------------------------------------|
| Sent | Friday, October 21, 2005 12:29 pm |
| To | geoffrey.tibbetts@us.army.mil |
| Cc | |
| Bcc | |
| Subject | RE: Withdrawal of Rule 59 Motions |

Mr. Tibbetts: I am somewhat confused by your e-mail, since you would already know that Judge Droney ruled on the motions in the Stempel consolidated cases and in President & Fellows, denying your motions for reconsideration and granting our motion for injunctive relief. The orders are on the public docket and notice went out. So, there are no motions that need to be withdrawn. I am pleased that you find the injunction issue to be a moot point, which need not be addressed at the appellate level, since you don't see the need for further lawsuits beyond those already filed and decided. Thank you for your e-mail.  Jeffrey R. Babbin Wiggin and Dana LLP 1.203.498.4366   -----Original Message----- From: geoffrey.tibbetts@us.army.mil [mailto:geoffrey.tibbetts@us.army.mil] Sent: Wednesday, October 19, 2005 2:45 PM To: Babbin, Jeffrey R. Cc: pberman@law.uconn.edu Subject: Withdrawal of Rule 59 Motions  Mr. Babbin:  I have decided to withdraw my Rule 59 motions for reconsideration of Judge Droney's dismissal of the four actions in Levin, Robinson, Stempel and President and Fellows.  As you know, your client opposed each of these motions.   Since Dittes is now before the Second Circuit, it only makes sense that all actions be before the Second Circuit to avoid inconsistent rulings and expedite the litigation.   Is your client opposed to my withdrawing the Rule 59 motions for reconsideration?  On a separate but related note, I will gladly stipulate to the motion for injunctive relief regarding additional actions against your client, assuming the Second Circuit finds this litigation conclusive.  Please let me know your client's position on this matter at your earliest convenience.   Very truly yours,  Jeff Tibbetts 703-625-8718
*********************************************************************
** This transmittal is intended for a particular addressee(s). It may constitute a confidential attorney-client communication. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, copying or distribution or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please notify Wiggin and Dana immediately at 203-498-4400, or by email, reply to the sender and delete the transmittal and any attachments. Neither this message nor the documents attached to this message are encrypted.
*********************************************************************
**

Exhibit
5

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF CONNECTICUT

JEFFREY TIBBETTS                          )
                                          )
    Plaintiff                        )
                                          )
                                          )          CASE NO. 3:01CV01763 (CFD)
v.                                        )
                                          )
PRESIDENT AND FELLOWS OF YALE             )
COLLEGE, ET AL.                           )
                                          )
    Defendants                       )
                                          )          October 24, 2005

### NOTICE OF APPEAL

NOTICE IS HEREBY given that Plaintiff Jeffrey Tibbetts hereby appeals the above-captioned case to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on August 31, 2005. Plaintiff appeals every aspect of this decision against all of the named defendants.

Plaintiff had thirty days from the entry of this final judgment on August 31, 2005, to make an appeal up until September 30, 2005. However, during this period of time, Plaintiff was on active duty orders as a Captain in the U.S. Army Reserve, serving his commitment as an officer in the United States Armed Forces for training for deployment to Afganistan. Plaintiff is entitled as a matter of law under the Sailor and Soldiers Civil Relief Act of 2004 (SSCRA) (formerly the Soldiers and Sailors Civil Relief Act of 1940) to a suspension of this appeal period during the time that the service member was on active duty. In this case, Plaintiff served on active duty training with the U.S. Joint Forces Command between August 31, 2005 to September 29, 2005. Plaintiff was further stationed outside of his normal state of residence, at both the U.S. Naval Station in Norfolk, Virginia, and the U.S. Army Intelligence Command at Ft. Huachuca in Arizona. During this active duty service, Plaintiff did not receive any mail or any notice of the final judgment in this action.

As a matter of law, the time to file an appeal in any civil action begins to accrue when the service member is released from active duty orders under SSCRA. In this case,

Plaintiff is filing the instant appeal within 25 days of the 30-day appeal period, required by Federal Rules of Appellate Procedure (FRAP) 4(a)(1)(A).   Under separate motion, Plaintiff is filing a motion, affidavit and memorandum of law in support of an extension for the period of time to file this appeal pursuant to FRAP 5(A).   This rule specifically allows for an extension of the time to file an appeal if "the party moves no later than 30 days after the time prescribed by this Rule 4(a); and that party shows excusable neglect or good cause."  FRAP 5(A)(i)(ii).  Plaintiff is both moving for this extension of time within the required 30 days after the time prescribed by FRAP 4(a) and with "good cause," that cause being military service to our nation, which provides a stay of civil and legal obligations under SSCRA.

Plaintiff encloses herewith the required $255.00 fee with this Notice of Appeal.


Respectfully submitted,


Jeffrey L. Tibbetts
P.O. Box 9843
Arlington, VA  22219-1843
(703) 625-8718

Exhibit
6

# Detail COA Information

**UNITED STATES POSTAL SERVICE®**

## Detail COA Information

?
Home  Logout

Back  New Search

| Current CARS Information | | | | | | |
|---|---|---|---|---|---|---|
| **Move Type:** IP | **Request:** Add | **Effective Date:** 09/05/2005 | **Orig Trans:** 0525140010012720 | **Created On:** 09/08/2005 | | |
| | | **Temporary Date:** | **Mod Trans:** 0528640010002950 | **Last Update:** | | |

**Name:** GEOFFREY TIBBETTS

**Old Addr:** 1021 ARLINGTON BLVD, APT 822;ARLINGTON, VA 22209-2239-22     **Old CRID:** C008

**New Addr:** PO BOX 9843;ARLINGTON, VA 22219-1843-43     **New CRID:** B018

---

### COARS History Record 1

| | | | | | |
|---|---|---|---|---|---|
| **Move Type:** IP | **Request:** Modify | **Effective Date:** 09/05/2005 | **Orig Trans:** 0525140010012720 | **Created:** | |
| | | | **Mod Trans:** 0528640010002950 | **Updated:** | |

**Name:** GEOFFREY TIBBETTS

**Old Addr:** 1021 ARLINGTON BLVD, APT 822;ARLINGTON, VA 22209-2239-22     **Old CRID:**

**New Addr:** PO BOX 9843;ARLINGTON, VA 22219-1843-43     **New CRID:**

---

### COARS History Record 2

**Move Type:** IP          **Primary:** TIBB021

**Request:** Add

**Effective Date:** 09/05/2005

**Orig Trans:** 0525140010012720

**Created On:** 09/08/2005 23:12          **Last Update:** 09/08/2005

**Name:** GEOFFREY TIBBETTS

**Old CRID:** C008

**Old Address:** 1021 ARLINGTON BLVD, APT 822 ARLINGTON, VA 22209-2239-22

**New Address:** 1376 MITSCHER AVE 200 NORFOLK, VA 22312



OFFICIAL MAIL FORWARDING CHANGE OF

09 05 05
TIBBETTS
GEOFFREY
1021 ARLINGTON
822
ARLINGTON
DISJRCOM 32 TN
SUITE 200
NORFOLK
GEOFF TIBBETTS

Copyright© 2002-2005, Siemens. All Rights Reserved ( v3.0.0 Build 1053 ) coaweb-01
10/24/2005 10:49:26 AM

Exhibit
7

**DEPARTMENT OF DEFENSE**
COMMANDER
U.S. JOINT FORCES COMMAND
ATTN:
1562 MITSCHER AVENUE SUITE 200
NORFOLK, VA 23551-2488
OFFICIAL BUSINESS

GEOFFREY TIBBETS
PO BOX 9843
ARLINGTON  VA 22219 1843





Exhibit
8

**U. S. DISTRICT COURT**
FEDERAL BUILDING
450 MAIN STREET
HARTFORD, CT 06103

OFFICIAL BUSINESS

PB 2 2 3 6 4 5 7
8012 $01.06 SEP 02 05
5849 FROM ZIP CDE 06103

```
TIBB021    222092094 1905 10 09/29/05
NOTIFY SENDER OF NEW ADDRESS
TIBBETTS GEOFFREY
1376 MITSCHER AVE #200
NORFOLK VA 22012
```



### WE CARE
THIS MAIL IS ADDRESSED INCORRECTLY. YOUR MAIL IS PROCESSED ON AUTOMATED EQUIPMENT, TO AVOID DELAY OR POSSIBLE RETURN OF YOUR MAIL, PLEASE NOTIFY THE SENDER OF YOUR CORRECT STREET NAME AND STREET NUMBER.

**UNITED STATES POSTAL SERVICE.**