# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

**Roseann B. MacKechnie**
**CLERK**



Date:      8/10/06
Docket Number:    05-5780-cv
Short Title:     Tibbetts v. President & Fellow
DC Docket Number:   01-cv-1763
DC:      CONNECTICUT (NEW HAVEN)
DC Judge:     Honorable Christopher Dro

       At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 10th day of  August,  two thousand six.

Jeffrey P.L. Tibbetts,

     Plaintiff-Appellant,

           v.

President & Fellows of Yale College,  James E. Dittes, Thomas W. Ogletree, Wiggin & Dana, William Doyle,  Jeffrey  Babbin, Richard Levin, Dorothy Robinson, Harold Rose,

     Defendants-Appellees

       The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D),  pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof  it is **ORDERED** that the appeal from the order of  United States Court for the New Haven District be,  and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Satisha  Gibbs
Deputy Clerk

A  TRUE  COPY
Roseann B. MacKechnie, CLERK

by

DEPUTY  CLERK

CERTIFIED:      AUG 1 0 2006